IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| CECILE RUSSELL, as Personal Representative of the Estate of Kelsey Harris, deceased; WILLIAM P. PIPP, as Personal Representative of the State of Melinda Sue Pipp, deceased; and WENDY S. FUESS, as Personal Representative of the Estate of Billings S. Fuess, IV, deceased, <br><br>           Plaintiffs, <br><br>     -versus- <br><br> EVELYN McGRATH, as Personal Representative of the Estate of Brian M. McGrath and LIBERTY MUTUAL INSURANCE COMPANY, <br><br>           Defendants. | Civil Action No.: 3:15-cv-00713-JFA <br><br><br><br><br> **CONSENT BRIEFING ORDER** |

This Order is entered by consent of the parties following the filing of cross motions for summary judgment. [Doc. 25; 31]. Defendants shall file a consolidated "Reply in Support of Summary Judgment" and "Opposition to Plaintiffs Cross Motion for Summary Judgment" on or before September 9, 2015. Thereafter, the Plaintiffs shall file their "Reply in Support of Cross Motion for Summary Judgment" ten (10) days thereafter. Sur Replies are not allowed absent further Order of the Court.

**IT IS SO ORDERED.**

*Joseph F. Anderson Jr.*

_____
The Honorable Joseph F. Anderson, Jr.
United States District Judge

August 21, 2015
Columbia, South Carolina

We Consent:

| | |
|---|---|
| s/Alan D. Toporek | s/Morgan S. Templeton |
| Alan D. Toporek (#4127) | Morgan S. Templeton (#7187) |
| PO Box 399 | Wall Templeton & Haldrup |
| Charleston, South Carolina 29402 | Post Office Box 1200 |
| (843) 723-7491 | Charleston, South Carolina 29402 |
| | (843) 329-9500 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |

s/ Robert B. Ransom
Robert B. Ransom (#4872)
P.O. Box 11067
Columbia, South Carolina 29211
(803) 765-2383
**ATTORNEY FOR PLAINTIFFS**